COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Javier Galindo Pacheco v. The State of Texas

Appellate case number:    01-14-00156-CR

Trial court case number:  1341972

Trial court:              262nd Judicial District Court of Harris County

Appellant's court-appointed counsel filed a motion to withdraw and brief concluding that the above-referenced appeal on behalf of the appellant is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Although counsel mailed a cover letter to her client in English, dated February 8, 2015, and filed on February 17, 2015, that did not include her motion to withdraw, filed on February 17, 2015. Thus, counsel has not filed a cover letter or notice in accordance with *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), "to (1) notify h[er] client of the motion to withdraw and the accompanying *Anders* brief, providing him with a copy of each, (2) inform him of his right to file a *pro se* response and of his right to review the record preparatory to filing that response, [] (3) inform him of his *pro se* right to seek discretionary review should the court of appeals declare his appeal frivolous," and (4) "notify h[er] client that, should he wish to exercise his right to review the appellate record in preparing to file a response to the *Anders* brief, he should immediately file a motion for *pro se* access to the appellate record with the applicable court of appeals," which letter includes "a form motion . . ., lacking only the appellant's signature and the date, . . . inform[ing] the appellant that, in order to effectuate his right to review the appellate record *pro se*, should he choose to invoke it, he must sign and date the motion and send it on to the court of appeals within ten days of the date of the letter from appellate counsel." 436 S.W.3d at 319–20.

Accordingly, we **order** appellant's appointed counsel, Maite Sample, to mail a new cover letter to appellant, attaching *both* a copy of the motion to withdraw and *Anders* brief, in accordance with *Kelly*. *See Kelly*, 436 S.W.3d at 319-20. We further **order** appellant's appointed counsel to file a notice, along with an English translation of the new cover letter, "that [s]he has (1) informed the appellant of the motion to withdraw and

attendant *Anders* brief, [and] (2) provided the appellant with the requisite copies while notifying him of his various *pro se* rights, and (3) supplied him with a form motion for *pro se* access to the appellate record (and the mailing address for the court of appeals), to be filed within ten days, so that he may timely effectuate that right, if he so choose." *Kelly*, 436 S.W.3d at 319. Because the Clerk of this Court already mailed appellant a form *pro se* motion for access to the appellate record on February 9, 2015, counsel does not need to send another form motion to her client, but should notify her client as provided above.

Counsel shall send the required letter to her client and shall file the required notice and translated letter with the Clerk of this Court **within 10 days of the date of this order**.

It is so ORDERED.


Judge's signature: /s/ <u>Laura C. Higley</u>
                    ☒ Acting individually    ☐ Acting for the Court

Date: February 19, 2015